HEIDE KURTZ, TRUSTEE
2515 S. Western Ave., Suite 11
San Pedro, California  90732
Phone (310) 832-3604
*trustee@hkurtzco.com*

CHAPTER 7 TRUSTEE

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES DIVISION

| | |
|---|---|
| In re<br><br>**Francisca Revilla Ferri**<br><br><br><br><br><br>Debtor | Case No: 2:18-bk-24187 ER<br>Chapter 7<br><br>**NOTICE OF UNCLAIMED**<br>**DIVIDEND BK RULE 3011** |

### TO THE CLERK OF THE ABOVE ENTITLED COURT

Please find annexed hereto Check No. 102 in the sum of $151.64 representing the total amount of a non-negotiated dividend in the above-entitled Debtor's estate. The original check #101 was issued on June 20, 2019 and is now stale-dated. Said sum is paid over to you pursuant to Bankruptcy Rule 3011. The name and address and amount to be paid to each person entitled to said unclaimed dividend is attached.

Date: September 30, 2019

_____
HEIDE KURTZ, TRUSTEE

1

Debtor:

Francisca Revilla Ferri

2103 Ridgeview Ave.

Los Angeles, CA 90041

Amount:

$151.64

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
2515 S. WESTERN AVENUE, SUITE 11, SAN PEDRO, CA 90732

A true and correct copy of the foregoing document entitled (*specify*): **REPORT OF TRUSTEE BK RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) ___9/30/19___, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Heide Kurtz (TR)**   trustee@hkurtzco.com, C169@ecfcbis.com
- **Angie M Marth**   amarth@logs.com, ssali@logs.com
- **Elena Steers**   elena@steerslawfirm.com, laura@steerslawfirm.com;steers@ecf.inforuptcy.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On ___9/30/19___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Ernest Robles – U.S.B.C. / 255 E. Temple Street, Suite 1560/ Los Angeles, CA 90012
Debtor / Francisca Revilla Ferri / 2103 Ridgeview Ave / Los Angeles, CA 90041

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/30/19 | Christina Pappas | /s/ Christina Pappas |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012     F 9013-3.1.PROOF.SERVICE

3